IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT HERSHAL PERKIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. CIV-05-1143-M |
| | ) |
| MARTY SIRMONS, Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On February 8, 2006, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this Court deny petitioners Petition for Writ of Habeas Corpus. Petitioner was advised of his right of his right to object to the Report and Recommendation by February 28, 2006. Petitioner filed objections on both March 23, 2006, and March 29, 2006.[1]

In his objections, Petitioner reasserts his ineffective assistance of counsel claim. For the reasons set forth in the Report and Recommendation, the Court finds Petitioner's objections are without merit.

Accordingly, having carefully reviewed this matter *de novo*, the Court:

(1) ADOPTS Magistrate Judge Purcell's thorough and well-reasoned Report and Recommendation;

(2) DENIES Petitioner's petition for writ of habeas corpus; and

(3) ORDERS that judgment in favor of Respondent issue forthwith.

---

[1] The deadline for Petitioner to object to the Report and Recommendation was extended by this Court's March 6, 2006 Order to March 27, 2006. Petitioner

**IT IS SO ORDERED** **this 7th day of April, 2006**.

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE